**DISMISS and Opinion Filed November 30, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00352-CV

**BRIDGET PARSON A/K/A BRIDGET BROWN PARSON, Appellant**
**V.**
**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

In her notice of appeal, appellant states she is appealing the receiver's oath of office that was filed in the trial court on May 13, 2021.[1]  The Court questioned its jurisdiction over this appeal and directed appellant to file a letter brief addressing our concern with an opportunity for appellee to file a response.  Appellant complied.

Generally, appellate courts have jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE

---

[1] Appellant has appealed the order appointing the receiver.  That appeal is docketed as appellate cause number 05-21-00175-CV.

Ann. § 51.014(a).  A receiver's oath of office is neither a final judgment nor an appealable interlocutory order.  Although appellant filed a letter brief, nothing therein demonstrates that this Court has jurisdiction over this appeal.

We dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


210352F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRIDGET PARSON A/K/A
BRIDGET BROWN PARSON,
Appellant

No. 05-21-00352-CV     V.

BECKY COLE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-01563-
B.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 30, 2021